CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 S. 3rd Street
Las Vegas, Nevada 89101
Telephone: (702) 383-3400
Facsimile: (702) 384-1460
cmichalek@rmcmlaw.com
Attorneys for Plaintiff
State Farm Mutual Automobile Insurance Company

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE VALDEZ; TODD SLOAN; DOES I through X; inclusive,<br><br>Defendants. | CASE NO.:   2:20-cv-00704-RFB-EJY |

### STIPULATION AND ORDER TO EXTEND DISCOVERY
### (1ST REQUEST)

Pursuant to LR IA 6-1 and LR 26-4 the parties by and through their undersigned counsel, hereby stipulate and request that this Court extend the Discovery Deadlines in the above-captioned case for one hundred eighty (180) days. In support of this Stipulation and request, the parties state as follows:

**A.   DISCOVERY COMPLETED TO DATE:**

1. Initial FRCP 26 Disclosures by Plaintiff and Defendant Todd Sloan

2. Deposition of Teresa Valdez

3. Deposition of Brian Strain

**B.      DISCOVERY REMAINING TO BE COMPLETED:**

Initial FRCP 26 disclosures by the Estate of Jose Valdez. Supplemental disclosures, written discovery, depositions, and expert witness disclosures by all parties.

**C.      REASON FOR REQUEST OF EXTENSION OF DISCOVERY DEADLINES:**

The parties request this Court to extend the discovery deadlines by 180 days based primarily on the ongoing COVID-19 issue which has resulted in Special Administrative Orders to toll and extend scheduling and responsive pleading deadlines which has impacted virtually all pending cases. The parties foresee that the COVID-19 issue has and will continue to cause delay in conducting formal discovery in all cases such that the parties believe they will need additional time in order to complete the discovery in this matter. Defense counsel's staff is all working remotely with limited staff and all parties may experience delays in obtaining medical records and hiring experts. Additionally, the parties anticipate difficulty scheduling depositions while social distancing and quarantine orders are in place, particularly for treating physicians and expert witnesses. As of the time of filing this Stipulation, the parties do not know how long the coronavirus safety measures will remain in effect.

This case involves insurance coverage dispute which may require the retention of various expert witnesses. Potential delays in retaining experts and obtaining records will make it difficult for the parties to complete discovery within the standard 180 day period. Given that the coronavirus measures are not expected to expire any time soon, the parties expect to experience a delay in completing same.

Furthermore, Plaintiff has requested (and was granted) an extension of time to serve their Complaint upon the decedent, however, the estate is not yet set up. It is believed that the Petition to appoint an administrator of the estate was on the approved probate calendar on January 8, 2021. Once an administrator is appointed and the Complaint is served upon the Estate, said

Defendant will need additional time to complete discovery as well. Accordingly, the parties respectfully request that the Court extend the discovery schedule requested herein.

**D.    PROPOSED SCHEDULE FOR COMPLETING DISCOVERY:**

All discovery deadlines shall be extended as follows:

1. Discovery in this action shall be completed on or before: **Monday, October 11, 2021**.

2. Amendments to pleadings and addition of parties required on or before: **Tuesday, July 13, 2021**.

3. Federal Rule of Civil Procedure 26(f) Disclosures (Experts) required on or before: **Thursday, August 12, 2021**.

4. Disclosure regarding rebuttal experts required on or before: **Monday, September 13, 2021**.

5. Dispositive Motions required on or before: **Wednesday, November 10, 2021**.

6. Pretrial Order required on or before: **Friday, December 10, 2021**.

| | |
|---|---|
| DATED this 12th day of January, 2021.<br><br>ROGERS, MASTRANGELO, CARVALHO & MITCHELL<br><br>/s/ Charles Michalek                .<br>CHARLES A. MICHALEK, ESQ.<br>Nevada Bar No. 5721<br>700 S. 3rd Street<br>Las Vegas, Nevada 89101<br>Telephone: (702) 383-3400<br>Facsimile: (702) 384-1460<br>cmichalek@rmcmlaw.com<br>*Attorneys for Plaintiff, State Farm Mutual Automobile Insurance Company* | DATED this 12th day of January, 2021.<br><br>GREENMAN GOLDBERG RABY & MARTINEZ<br><br>/s/   William Martin                .<br>WILLIAM T. MARTIN, ESQ.<br>Nevada Bar No. 2534<br>2770 S. Maryland Parkway, Suite 100<br>Las Vegas, Nevada 89109<br>Telephone: (702) 384-1616<br>Facsimile: (702) 384-2990<br>wmartin@ggrmlawfirm.com<br>*Attorneys for Defendant, Todd Sloan* |

/ / /

/ / /

**ORDER**

DATED: January 11, 2021

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted by:

ROGERS, MASTRANGELO, CARVALHO & MITCHELL

/s/ Charles Michalek                .
CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
700 S. 3rd Street
Las Vegas, Nevada 89101
Telephone: (702) 383-3400
Facsimile: (702) 384-1460
cmichalek@rmcmlaw.com
*Attorneys for Plaintiff, State Farm Mutual Automobile Insurance Company*