**DILLON G. COIL, ESQ.**
Nevada Bar No. 11541
**WILLIAM T. MARTIN, ESQ.**
Nevada Bar No. 2534
**GGRM LAW FIRM**
2770 S. Maryland Parkway, Suite 100
Las Vegas, NV  89109
Phone:  702. 384.1616 ~ Fax:  702.384.2990
Email:  dcoil@ggrmlawfirm.com
            wmartin@ggrmlawfirm.com

*Attorneys for Defendant Todd Sloan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE VALDEZ; TODD SLOAN; DOES I through X; inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00704-RFB-EJY<br><br>**STIPULATION AND ORDER TO TIME TO FILE DEFENDANT'S REPLY IN SUPPORT OF COUNTERMOTION FOR PARTIAL SUMMARY JUDGMENT (1ST REQUEST)** |

Pursuant to Local Rule IA 6-1 and 6-2, Defendant Todd Sloan and Plaintiff State Farm Mutual Automobile Insurance Company, by and through their respective counsel of record, stipulate to extend the time for Defendant to file his Reply in support of Countermotion for Partial Summary Judgment one week as a result of calendar conflict and Defense counsel's conflicting schedule.  Plaintiff's Motion for Summary Judgment was filed June 14, 2021 [ECF No. 31].  This is the first request to extend the time to file the Reply.

Plaintiff filed its Motion for Summary Judgment on June 14, 2021 [ECF No. 31]. Defendant filed its Opposition and Countermotion for Partial Summary Judgment on the Duty to Defend on July 6, 2021 and re-filed it July 8, 2021 [ECF Nos. 32, 34].  Plaintiff filed its

Reply in Support of Motion for Summary Judgment on July 19, 2021 [ECF No. 35]. Plaintiff filed its Opposition to Defendant's Countermotion for Partial Summary Judgment on July 29, 2021 [ECF No. 36].

Defendant's Reply in support of its Countermotion is due August 12, 2021. Defense counsel has and had calendar conflicts and the parties agreed to a one week extension for Defendant to file its Reply through **August 19, 2021**.

| DATED this 12th day of August, 2021 | DATED this 12th day of August, 2021 |
|---|---|
| GGRM LAW FIRM<br>/s/ *William T. Martin* | ROGERS, MASTRANGELO,<br>CARVALHO & MITCHELL<br>/s/ *Charles A. Michalek* |
| **DILLON G. COIL, ESQ.**<br>Nevada Bar No. 11541<br>**WILLIAM T. MARTIN, ESQ.**<br>Nevada Bar No. 2534<br>2770 S. Maryland Parkway, Suite 100<br>Las Vegas, NV 89109<br>*Attorneys for Defendant Todd Sloan* | **CHARLES A. MICHALEK, ESQ.**<br>Nevada Bar No. 5721<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff State Farm* |

**IT IS SO ORDERED:**



RICHARD F. BOULWARE, II
United States District Court

DATED this 12th day of August, 2021.