# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE VALDEZ; TODD SLOAN; DOES I through X; inclusive,<br><br>    Defendants. | CASE NO.: 2:20-cv-00704-ART-EJY<br><br>**ORDER APPROVING** |

## STIPULATION AND ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel of record, that all claims related to the Amended Complaint for Declaratory Relief in the above-entitled matter be dismissed with prejudice, all parties to bear their own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

**State Farm Insurance v. Todd Sloan**
**Case No.: 2:20-cv-00704-RFB-EJY**

The bench trial in this case is currently set for January 5, 2023. There are no motions that are pending.

DATED this 20th day of December, 2022.  DATED this 20th day of December, 2022.

| GREENMAN GOLDBERG RABY & MARTINEZ | ROGERS, MASTRANGELO, CARVALHO & MITCHELL |
|---|---|
| /s/ *Dillon G. Coil* | /s/ *Charles A. Michalek* |
| Dillon G. Coil, Esq.<br>Nevada Bar No. 11541<br>2770 S. Maryland Parkway, Suite 100<br>Las Vegas, Nevada 89109<br>*Attorneys for Defendant Todd Sloan* | Charles A. Michalek, Esq.<br>Nevada Bar No. 5721<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* |

## ORDER

**IT IS SO ORDERED** that pursuant to the Stipulation of the parties hereto, that the January 5, 2023 bench trial be vacated, that this case may be dismissed with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 20th day of December, 2022.

_____
Anne R. Traum
United States District Court Judge